IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                2:19-cr-44
                                      Judge Marbley

Eric Y. Banahene

<u>ORDER</u>

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 24) that the defendant's guilty pleas be accepted. The Court accepts the defendant's pleas of guilty to Counts 1-3 of the Information, and he is hereby adjudged guilty on these counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: June 5, 2019          s\Algenon L. Marbley
                                      Algenon L. Marbley
                                      United States District Judge